M. P. No. 75-295. ROBERT MOORADIAN *v.* JAMES W. MULLEN, *Warden.* The instant case is consolidated for the filing of briefs and hearing with the cases of *Massey* v. *Mullen,* No. 75-137-M.P. and *DiMasi* v. *Mullen,* No. 75-276-M.P. Doris, J. not participating. *Nugent & Nugent, J. Joseph Nugent,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-316. LARRY BROOKS *v.* JAMES W. MULLEN, *Warden.* The motion to proceed in forma pauperis is granted, and the case is referred to the Public Defender. Doris, J. not participating. *Robert B. Mann,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 74-273. STATE *v.* JOHN CARILLO. Motion of defendant to stay his appeal pending the filing of a motion for a new trial in the Superior Court and asking that this case be remanded for that purpose is granted. If the relief requested in the motion for new trial is denied, the case will be remanded to this court. Doris, J. not participating. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Asst. Public Defender, for defendant.

APPEAL No. 75-243. JOHN H. NORBERG, *Tax Administrator v.* ZULMIRA A. CARDANHA, *individually and as Executrix of the Estate of Serafim C. Cardanha.* Motion of plaintiff to dismiss appeal of defendant is granted. Doris, J. not participating. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *R. Gary Clark,* Legal Officer, Taxation, for plaintiff. *John F. Sherlock, Jr.,* for defendant.